# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD RASHEED, a.k.a. JAMES E. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>USDC EASTERN DISTRICT OF CALIFORNIA,<br><br>Defendant. | CASE NO. 1:09-cv-00417AWI DLB PC<br><br>ORDER DISMISSING ACTION<br><br>(Doc. 3) |

Plaintiff Tahee Abd Rasheed, C.D.C.R. #J74120, a.k.a. James E. Smith, C.D.C.R. #J74120, ("plaintiff") is a state prisoner proceeding pro se in this civil action. On March 17, 2009, pursuant to 28 U.S.C. §1915(g), the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis and directing Plaintiff to pay the filing fee in full within thirty days from the date of service of the order. More than thirty days have passed and plaintiff has not complied with the court's order.[1]

Plaintiff was notified of the requirement that he pay the filing fee for this action, and given thirty days within which to do so. More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the Court's order directing him to do so. Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

Dated: __May 8, 2009__           __/s/ Anthony W. Ishii__
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On March 27, 2009, Plaintiff filed a motion to proceed in forma pauperis. Plaintiff has been advised that he is ineligible to proceed in forma pauperis and the motion is therefore stricken.

1